# United States Court of Appeals
## For the First Circuit

No. 09-2473

FREEDOM FROM RELIGION FOUNDATION, ET AL.,

Plaintiffs, Appellants,

v.

HANOVER SCHOOL DISTRICT, ET AL.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on November 12, 2010, is amended as follows:

On page 9, footnote 13, line 4, "1007 (2010)" is changed to "1007 (9th Cir. 2010)".

On page 14, line 9, "Three-factored" is changed to "Three-Factored".

On page 24, footnote 20, line 4, "the pledge" is changed to "such a pledge".

On page 27, line 19, insert "Freedom From Religion Found. v. Hanover Sch. Dist., 665 F. Supp. 2d 58, 72 (D.N.H. 2009)." before "Therefore".